168 A.3d 58

## AMERICAN CREDIT ACCEPTANCE

v.

## WALLACE

**Pet. Docket No. 147, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(No. CAL16–38572, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied

■

168 A.3d 58

## ANDERSON, Keith

v.

## STATE of Maryland

**Pet. Docket No. 150, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1520, Sept. Term, 2015).

Petition for writ of certiorari denied